UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE FIELDS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES BUREAU OF PRISONS,<br><br>　　　　　Respondent. | Case No. 18-cv-04757-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order Denying the Petition for a Writ of Habeas Corpus, the petition for a writ of habeas corpus is DENIED. The Clerk shall enter judgment in favor of Respondent and close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/4/2020

　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge